# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LESLIE LYLE CAMICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-1110-EFM-GEB |
| ) | |
| HARRY R. HOLLADAY, ESQ., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the court on Plaintiffs' Motion for Leave to Amend his Complaint (**ECF No. 30**). Plaintiff filed the motion on August 27, 2017, making any response to the motion due on September 11, 2017. No response in opposition was filed. Therefore, the motion is uncontested and is granted without further notice pursuant to D. Kan. Rule 7.4.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Leave to Amend his Complaint (**ECF No. 30**) is **GRANTED**. Plaintiff shall file his First Amended Complaint no later than **December 29, 2017**.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 11th day of December 2017.

/s Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge